JULIUS ARCHER COHN, PLAINTIFF, v. WILLIAM F. HAL-
LORAN, DEFENDANT.

MAX POLISKY AND CLARA POLISKY, PLAINTIFFS, v. WIL-
LIAM F. HALLORAN, DEFENDANT.

Submitted May term, 1927—Decided November 23, 1927.

**Negligence—Injury Arising Out of Automobile Collision—Award
Held Inadequate—New Trial, Confirmed to Question of
Damages.**

On plaintiffs' rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiffs, *Francis A. Gordon.*

For the defendant, *Collins & Corbin.*

PER CURIAM.

These suits were brought to recover damages for personal
injuries and damages to an automobile arising out of an
automobile collision on June 25th, 1926. They were tried
together. The trial resulted in verdicts for the plaintiffs,
as follows: Julius Archer Cohn, six cents; Max Polisky,
$662.35; Clara Polisky, his wife, $250. A rule to show cause
why a new trial should not be granted upon the question of
damages only, was allowed the plaintiffs, on the ground that
the damages awarded by the jury are insufficient and inade-
quate.

Our reading of the briefs and the transcript of the evidence
taken at the trial lead us to the conclusion that the damages
awarded by the jury to the plaintiffs are inadequate.

The rule is therefore made absolute as to damages only,
and the new trial will be confined to the question of damages.